IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TECHNOPROBE S.P.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. |
| | ) | |
| FORMFACTOR, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

**COMPLAINT FOR PATENT INFRINGEMENT AND
FALSE AND MISLEADING PRODUCT CLAIMS**

Technoprobe S.p.A. ("Technoprobe"), by and through its undersigned counsel, brings this action for patent infringement and materially false and misleading product claims against Defendant FormFactor, Inc. ("FormFactor"), and alleges upon information and belief as follows:

## I.      NATURE OF THE ACTION

1.      Technoprobe is a leading innovator and provider of electronic probe cards, headquartered outside of Milan, Italy. Technoprobe designs, manufactures, promotes, and sells probe cards for testing electronic semiconductor chips. Technoprobe's probe cards allow some of the largest technology brands in the world to accurately test their chips to confirm they operate properly. Technoprobe's cutting-edge probe card technologies have been lauded and adopted time and again by the industry and have received patent protection in the United States and other countries.

2.      FormFactor designs, manufactures, markets, promotes, offers for sale, sells, and imports probe cards (the "Accused Products") for testing semiconductor chips to distributors and customers in the United States, including in Delaware.

1

3.      FormFactor's acts of making, using, promoting, offering for sale, selling, and importing the Accused Products infringe U.S. Patent No. 11,035,885 ("the '885 patent"), owned by and assigned to Technoprobe. Exhibit A.

4.      To attract customers, FormFactor is making materially false and misleading claims about its probe cards and the probe cards of its competitors, which include Technoprobe's probe cards. FormFactor's materially false and misleading product claims are calculated to cause and have caused probe card purchasers and users to purchase and use FormFactor's probe cards instead of Technoprobe's probe cards. FormFactor's probe cards do not measure up to their materially false and misleading claims, be that improved or enhanced product performance or otherwise, resulting in consumer confusion, mistake, and deception and, ultimately, diverted sales from Technoprobe to FormFactor and irreparable injury to Technoprobe's substantial goodwill and reputation.

5.      This is a civil action for (i) patent infringement arising under the U.S. patent laws, 35 U.S.C. § 100 et seq., including 35 U.S.C. §§ 271 and 281; and (ii) false product claims under the Lanham Act. Technoprobe brings this action (i) for infringement of the '885 patent pursuant to 35 U.S.C. § 271; and (ii) for FormFactor's materially false and misleading product claims that misrepresent the nature, characteristics, or qualities of FormFactor's probe cards and the probe cards of FormFactor's competitors, including those offered and sold by Technoprobe, in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

## II.      PARTIES

6.      Plaintiff Technoprobe is an Italian corporation with its principal place of business at Via Cavalieri di Vittorio Veneto 2, 23870 Cernusco Lombardone (LC), Italy. Technoprobe is the assignee and owner of the '885 patent.

7.    Defendant FormFactor is a corporation organized and existing under the laws of the State of Delaware with its principal place of business at 7005 Southfront Road, Livermore, CA 94551.

8.    Defendant FormFactor is in the business of, inter alia, manufacturing, marketing, promoting, and selling probe cards throughout the United States, including the State of Delaware.

### III.    JURISDICTION AND VENUE

9.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338, 1367(a), and 15 U.S.C. § 1125 because this action involves claims relating to infringement of a registered U.S. patent in violation of 35 U.S.C. § 271 and false product claims in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

10.    This Court has personal jurisdiction over FormFactor because FormFactor is incorporated in Delaware and resides in Delaware.

11.    This Court also has personal jurisdiction over FormFactor because FormFactor has, directly and/or through intermediaries, committed acts within Delaware giving rise to this action and/or has established minimum contacts with Delaware such that the exercise of jurisdiction would not offend traditional notions of fair play and substantial justice. Moreover, FormFactor has, directly and/or through intermediaries, purposefully directed activities at residents of Delaware, this action arises out of or relates to those activities, and the assertion of personal jurisdiction is reasonable and fair.

12.    Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(b) because FormFactor is a Delaware corporation and thus resides in this District.

3

# IV.   BACKGROUND

## A.   Technoprobe's Products

13.     In its labs outside of Milan, Italy, Technoprobe designs probe cards for accurately testing or characterizing electronic semiconductor chips to confirm they operate properly. A probe card has an electromechanical interface that connects to an electronic chip when the chip is still on the wafer or before the chip is individually packaged. Each Technoprobe probe card has a variety of important technical features and can have more than 50,000 contacts; the distance between them can be as small as 40μm (4 hundredths of a millimeter).

14.     Technoprobe's probe cards are the result of many years of investment in substantial research and development. Technoprobe's innovative designs solve long-standing problems in the industry, for which Technoprobe has been granted patents in the United States and other countries.

15.     Technoprobe's cutting-edge probe cards have been lauded and adopted time and again by the industry. For example, in 2023, Technoprobe was the highest-rated testing product supplier (including probe cards) for the sixth year in a row by TechInsights, beating out FormFactor in customer satisfaction. *See* Exhibit B (2023); *see also* Exhibit C (2022).

16.     Some of the most widely recognized chip manufacturers in the world rely on Technoprobe to test their electronic chips and hold Technoprobe and its testing products in high regard. Intel, for instance, awarded Technoprobe its "EPIC Distinguished Supplier Award" in 2022. "As one of only 26 Distinguished Supplier Award recipients across the Intel global supply chain, Technoprobe has been crucial to Intel's success while offering agility and flexibility during the ongoing volatile supply chain environment," said Keyvan Esfarjani, Executive Vice President and Chief Global Operations Officer at Intel. *See Technoprobe Earns Intel's 2022 EPIC Distinguished Supplier Award*, Technoprobe, https://www.technoprobe.com/news-and-

press/news-events-publications/

technoprobe-earns-intels-2022-epic-distinguished-supplier-award (last visited July 14, 2023).

17.    An exemplary close up of a Technoprobe probe card is shown below:



*See Our Technologies*,   Technoprobe,   https://www.technoprobe.com/technologies-and-products/our-technologies (last visited July 14, 2023). Each Technoprobe probe card is tailored to meet the needs and requirements of the chip manufacturer as each chip has a different circuitry and layout.

18.    As one of its efforts to improve its probe cards, Technoprobe sought to make its individual microscopic contacts (or pins) more resilient to spikes in electrical voltages and currents that can arise during testing of the electronic chips. After years of research, Technoprobe devised an innovative solution. By grouping individual pins across one or more electrically conductive layers in Technoprobe's probe cards, voltage or current spikes occurring during testing could be distributed over a plurality of pins, instead of being carried by an individual pin that might have

been destroyed or degraded by those spikes. And Technoprobe was granted the '885 patent in part based on this innovative technology. Exhibit A.

19.    Figure 2C of the '885 patent shows one embodiment of this technology:



FIG. 2C

Exhibit A, Fig. 2C. As the '885 patent explains, Figure 2C depicts a guide **40** with, among other things, a conductive portion **30'** that includes and electrically connects the holes of a group **40'** of the guide holes **40**_h_ to each other. _Id._, 7:31-48, 9:11-26. Thus, current or voltage may be distributed over pins **21'** via the conductive portion **30'**.

**B.    FormFactor's Products**

20.    FormFactor's products include, without limitation, FormFactor's "Apollo," "Kepler," "Altius," or "QiLin" product lines as well as other products incorporating the features

promoted by FormFactor at the SWTest 2023 Conference from June 5-7, 2023 ("SWTest 2023").

As one example, one of FormFactor's "Kepler$^{TM}$ Vertical MEMS Probe Cards" is pictured below:



High pin count, multi-site Kepler probe card (shown for V93K Direct-Dock).

*See* Exhibit D, 2.

21.     FormFactor implemented Technoprobe's current distribution technology in FormFactor's products. After Technoprobe developed metalized plates to share current across groups of pins, FormFactor began promoting the same technology for its own probe cards. For example, FormFactor promoted this feature for its own products at SWTest 2023:



Exhibit E, 12 (FormFactor promotional presentation from SWTest 2023). At SWTest 2023, FormFactor also promoted and touted the benefits of this technology, which FormFactor referred to as "Metallized Guide Plate" or "MeGP," over other techniques. The following slide is taken from the same FormFactor promotional presentation at SWTest 2023:



*Id.*, 14.

22.     FormFactor promotes the functionality described at SWTest 2023 to purchasers and users of probe cards because FormFactor's own probe cards practice the same functionality and FormFactor intended to improve sales of those same products. As one example, FormFactor promoted one of its probe cards with groupings of pins illustrated in colors and/or boxes on a slide (*see* Exhibit E, 21), titled "MeGP Design Challenges":



*Id.*

### C.     U.S. Patent No. 11,035,885

23.     On June 15, 2021, the U.S. Patent and Trademark Office ("USPTO") duly and legally issued the '885 patent, titled "Testing Head Having Improved Frequency Properties." A true and correct copy of the '885 patent is attached as Exhibit A.

24.     Technoprobe owns the right, title, and interest in the '885 patent necessary to bring this action, including the exclusive right to enforce the '885 patent in the United States. Inventor Flavio Maggioni, who was employed by Technoprobe at the time he invented the invention of the

'885 patent, assigned his interest in the '885 patent as an inventor to Technoprobe by virtue of an assignment executed on July 30, 2019, and recorded on September 10, 2019, at the USPTO at reel 050325, frame 0421.

25.     The '885 patent is directed to a testing head to verify the operation of a device under test integrated on a semiconductor wafer. Exhibit A, Abstract. The testing head includes a plurality of contact elements, also known as contact probes, which are typically used in probe cards to check for defects in an integrated circuit. Claim 1 of the '885 patent recites as follows:

1.     A testing head configured to verify the operation of a device under test integrated on a semiconductor wafer, the testing head comprising:

a plurality of contact elements, each comprising a body that extends between a first end portion and a second end portion, and

at least one guide provided with a plurality of guide holes configured to house the contact elements,

wherein the at least one guide comprises:

a first conductive portion that includes and electrically connects a first group of guide holes, of the plurality of guide holes, to each other and is configured to contact corresponding first contact elements, of the plurality of contact elements, configured to carry a first type of signal; and

a second conductive portion that includes and electrically connects the holes of a second group of the guide holes to each other, the second group housing second contact elements of the plurality of contact elements, the second contact elements being configured to carry a second type of signal, the first and second types of signals chosen between ground signals and power signals.

*Id.*, 18:30-52.

26.     Figure 2A of the '885 patent demonstrates one embodiment of the invention:



FIG. 2A

Exhibit A, Fig. 2A. As illustrated in Figure 2A, one testing head embodiment includes at least one guide **40** with a plurality of guide holes **40***h*. *Id.*, 6:15-18. These guide holes "house a plurality of first contact elements **21**', which are apt to carry a first type of signal" and "a plurality of second contact elements **21**", which are apt to carry a second type of signal." *Id.*, 6:18-22.

27.     The '885 patent is valid and enforceable.

**D.     FormFactor's Materially False Claims on CCC Comparison**

28.     In promoting its products to customers, FormFactor makes materially false and/or misleading claims and comparisons between the current carrying capability ("CCC") of its probe cards and the probe cards of its competitors, which include Technoprobe. Current carrying capability ("CCC") is a feature that is material to the function of probe cards and material to those who purchase and use probe cards.

29.     The following slide is taken from FormFactor's promotional presentation at SWTest 2023:



Exhibit E, 10. This slide makes materially false and misleading product claims between FormFactor's probe cards and the probe cards of its competitors, including Technoprobe. One such claim is found in the "Probe CCC Comparison" chart on the bottom right. Below is an expanded view of that chart:



*Id.*

30.    The product claims made in the "Probe CCC Comparison" chart (the "Probe CCC Comparison Claims") are literally false. The dark blue bars show MT probe cards from FormFactor Inc., i.e. "FFI MT Probes." The light blue bars show "Previous Generation Probes" from FFI competitors, including Technoprobe. The Probe CCC Comparison Claims are reflected quantitatively and are not open to a different meaning. Technoprobe's probe cards provide at least the same or like CCC.

31.    In the alternative, the Probe CCC Comparison Claims are materially misleading because even if true (they are not), those claims omit highly relevant and material testing protocol disclosures. For example, FormFactor "Probe CCC Comparison" chart fails to disclose (a) the specific products FormFactor tested, (b) how FormFactor tested those products, (c) how many products FormFactor tested, (d) how long FormFactor tested those products, (e) whether the "Previous Generation Probes" products are currently sold or manufactured, and/or (f) whether the mix of tested "Previous Generation Probes" products included low CCC probes from competitors *other* than Technoprobe as a means of artificially deflating the CCC specific to Technoprobe's products.

32.    The blanket product claims of the CCC of the "FFI MT Probes" versus the "Previous Generation Probes" are expressly and implicitly false or misleading, including the takeaway that FormFactor's MT probes provide increased and enhanced performance over the probe cards of others, including Technoprobe.

33.    The Probe CCC Comparison Claims are false and deceptive and likely to deceive and mislead, are material to the purchase and use of probe cards, and have injured and will continue to injure Technoprobe through the diversion of sales from Technoprobe to FormFactor and the irreparable harm caused to the significant goodwill that Technoprobe has built and that its industry-leading probe cards enjoy.

13

**E.      FormFactor's Material False Claims on >50% Improved CCC**

34.     FormFactor claims and promotes to customers that its "next generation" MT probe cards "provide >50% improved CCC over current gen. MEMS probes" (the ">50% Improved CCC Claim"). Exhibit E, 10. For example, FormFactor's slide 10 from SWTest 2023 makes the following material claims:



*Id.*

35.     The >50% Improved CCC Claim is literally false. The >50% Improved CCC Claim is quantitative and not open to a different meaning. Technoprobe's probe cards provide at least similar CCC to those of FormFactor. Even if FormFactor's "Probe CCC Comparison" chart was accurate (it is not), it would only evidence a >50% increase in CCC for 130μm probe pitches and *not* 90μm or 80μm probe pitches. *See* Exhibit E, 10.

36.     In the alternative, the >50% Improved CCC Claim is materially misleading because such claim omits highly relevant and material testing protocol disclosures. For example,

FormFactor fails to disclose (a) the specific products FormFactor tested, (b) how FormFactor tested those products, (c) how many products FormFactor tested, (d) how long FormFactor tested such products, (e) whether the "current gen. MEMS probes" are products still sold or manufactured, or (f) whether the mix of tested "current gen. MEMS probes" products included low CCC probes from competitors *other* than Technoprobe as a means of artificially deflating the CCC specific to Technoprobe's products.

37.     The >50% Improved CCC Claim is expressly and implicitly false or misleading, including the takeaway that all of FormFactor's MT probes have at least 50% improved CCC over comparable probe cards of FormFactor's competitors, including Technoprobe.

38.     The >50% Improved CCC Claim is false and deceptive and likely to deceive and mislead, is material to the purchase and use of probe cards, and has injured and will continue to injure Technoprobe through the diversion of sales from Technoprobe to FormFactor and the irreparable harm caused to the significant goodwill that Technoprobe has built and that its industry-leading probe cards enjoy.

**F.     FormFactor's Material False 65% Improved CCC Claim**

39.     FormFactor claims and promotes that, by using a metallized guide plate ("MeGP"), FormFactor "[i]mproves [e]ffective CCC by 65% depending on the probe architecture" (the "65% Improved CCC Claim"). Exhibit E, 23.

40.     Slide 23 from FormFactor's promotional presentation at SWTest 2023 makes the following material claims:



Exhibit E, 23.

41.     The 65% Improved CCC Claim is literally false. The 65% Improved CCC Claim is quantitative and not open to a different meaning. Technoprobe's probe cards provide at least similar CCC to those of FormFactor.

42.     In the alternative, the 65% Improved CCC Claim is materially misleading because such claim omits highly relevant and material testing protocol disclosures. For example, FormFactor fails to disclose (a) the specific products FormFactor tested, (b) how FormFactor tested those products, (c) how many products FormFactor tested, (d) how long FormFactor tested such products, (e) whether the "Previous Generation Probes" are products still being sold or manufactured, or (f) whether the mix of "Previous Generation Probes" included low CCC probes from competitors *other* than Technoprobe as a means of artificially deflating the CCC specific to Technoprobe's products.

43.     The 65% Improved CCC Claim is expressly and implicitly false or misleading, including the takeaway that use of FormFactor's MeGP probes will improve and enhance performance over the probe cards of FormFactor's competitors, including Technoprobe.

44.     The 65% Improved CCC Claim is false and deceptive and likely to deceive and mislead, is material to the purchase and use of probe cards, and has injured and will continue to injure Technoprobe through the diversion of sales from Technoprobe to FormFactor and the irreparable harm caused to the significant goodwill that Technoprobe has built and that its industry-leading probe cards enjoy.

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 11,035,885

45.     Technoprobe realleges and incorporates herein by reference the allegations of the foregoing paragraphs as if fully restated herein.

46.     The Accused Products, including without limitations, FormFactor's "Apollo," "Kepler," "Altius," or "QiLin" probe cards, include each element of at least claim 1 of the '885 patent.

47.     FormFactor, in violation of 35 U.S.C. § 271(a), has directly infringed and is directly infringing at least claim 1 of the '885 patent by selling, offering to sell, making, using, and/or importing the Accused Products in the United States, including in Delaware.

48.     The Accused Products include "[a] testing head configured to verify the operation of a device under test integrated on a semiconductor wafer," as recited in claim 1.

49.     For example, FormFactor describes a "Probe Card Cross-Section" in the Accused Products as follows:



Exhibit F, 8. As shown in Exhibit F, the Accused Products include a "Spring Head" that has two "Guide Plate[s]" and "Probes" configured to verify the operation of a device under test integrated on a semiconductor wafer. *Id.*

50.    The Accused Products include "a plurality of contact elements, each comprising a body that extends between a first end portion and a second end portion," as recited in claim 1.

51.    As shown in Exhibit F, the Accused Products include "Probes," each comprising a body that extends between a first end portion and a second end portion. *See* Exhibit F, 8.

52.    The Accused Products include "at least one guide provided with a plurality of guide holes configured to house the contact elements," as recited in claim 1.

53.    As shown in Exhibit F, the Accused Products include "Guide Plate[s]," each provided with a plurality of guide holes configured to house the contact elements. *See* Exhibit F, 8.

54.    Each "Guide Plate" in the Accused Products includes "a first conductive portion that includes and electrically connects a first group of guide holes, of the plurality of guide holes,

to each other and is configured to contact corresponding first contact elements, of the plurality of contact elements, configured to carry a first type of signal," as recited in claim 1.

55.     For example, FormFactor describes a testing head in the Accused Products that includes an Upper Guide Plate (designated as "UGP") and a Lower Guide Plate (designated as "LGP") as follows:



Exhibit E, 15. As shown in Exhibit E, the Accused Products include a "Metal" layer on a Lower Guide Plate (designated as "LGP"). *Id.*

56.     As also shown in Exhibit E, the Accused Products include a first conductive portion that includes and electrically connects a first group of guide holes, of the plurality of guide holes, to each other and is configured to contact corresponding first contact elements, of the plurality of contact elements. *See* Exhibit E, 21.



*See id.* (rotated 90 degrees counterclockwise). As also shown in Exhibit E, the Accused Products include a first conductive portion that includes and electrically connects a first group of guide holes, of the plurality of guide holes, to each other and is configured to contact corresponding first contact elements, of the plurality of contact elements, configured to carry a first type of signal.

- **Metallized Guide Plates (MeGP) connect VDD and GND nets together through metal patterns on the Guide Plate**
  - **Provides alternative current path when overcurrent events occur**
  - **Enables Improved Contact with the DUT through alternative current paths**

*See id.*, 13 (illustrating that power (VDD) or ground (GND) signals may be connected together using metal patterns on the guide plate).

57.     As shown in Exhibit E, the Accused Products also include "a second conductive portion that includes and electrically connects the holes of a second group of the guide holes to each other, the second group housing second contact elements of the plurality of contact elements, the second contact elements being configured to carry a second type of signal, the first and second types of signals chosen between ground signals and power signals," as recited in claim 1. *See* Exhibit E, 13, 15, 21.

58.     FormFactor, in violation of 35 U.S.C. § 271(b), has also indirectly infringed and is indirectly infringing at least claim 1 of the '885 patent by inducing third parties to sell, promote, offer to sell, make, use, and/or import the Accused Products in the United States, and particularly in Delaware. Through distribution and/or sales agreements with third-party distributors and customers, FormFactor is doing so with actual or constructive knowledge of the '885 patent, knows or should know that the acts of the third-party customers and/or distributors will result in infringement of the '885 patent, and has specific and actual intent to cause the third-party customers and/or distributors to infringe the '885 patent.

59.     FormFactor, in violation of 35 U.S.C. § 271(b), actively instructs, encourages, and/or aids such infringement through various acts, including instructing and training its distributors and customers to use one or more of the Accused Products in a manner covered by at least claim 1 of the '885 patent.

60.     FormFactor has willfully infringed the '885 patent, justifying the assessment of treble damages pursuant to 35 U.S.C. § 284.

61.     Technoprobe contends that each element of at least claim 1 is literally present in the Accused Products. If, as a result of the Court's constructions or other determinations, one or

21

more claim elements is not literally present, Technoprobe contends that each such element is present under the doctrine of equivalents.

62.    FormFactor has been aware of the '885 patent's existence at least as early as the service of this Complaint and has no reasonable basis for believing that manufacturing, importing, offering for sale, selling, and/or using the Accused Products does not infringe the '885 patent. FormFactor also has no reasonable basis for believing that the '885 patent is invalid or otherwise unenforceable.

63.    By reason of FormFactor's infringement of the '885 patent, Technoprobe has suffered, and will continue to suffer, substantial damages in an amount to be determined at trial.

64.    FormFactor's conduct has caused Technoprobe to suffer, and, unless enjoined by the Court, will continue to cause Technoprobe to suffer, damage to its reputation and goodwill, and will suffer the loss of sales and profits that Technoprobe would have made but for FormFactor's acts. FormFactor has been, and will continue to be, unjustly enriched by its unlawful acts. Accordingly, Technoprobe is entitled to injunctive relief. The public interest would not be disserved by injunctive relief.

## COUNT II
## FALSE ADVERTISING UNDER 15 U.S.C. § 1125(a)(1)(B)

65.    Technoprobe realleges and incorporates herein by reference the allegations of the foregoing paragraphs as if fully restated herein.

66.    In connection with the promotion and sale of FormFactor's products, FormFactor has made materially false or misleading descriptions of fact and false or misleading representations of fact that misrepresent the nature, characteristics, or qualities of FormFactor's probe cards and the probe cards of its competitors, including Technoprobe, in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(B).

22

67.     FormFactor's materially false or misleading probe card product claims have caused and, unless enjoined, will continue to cause: (a) confusion, deception, and mistake among probe card purchasers and users whose product purchasing and use decisions are or are likely to be materially impacted by FormFactor's false and misleading product claims about the true nature, characteristics, and qualities of its probe cards and the probe cards of its competitors, including Technoprobe; (b) Technoprobe to suffer as a direct and proximate cause of such false and misleading product claims, loss of goodwill, sales, and profits; (c) FormFactor to be unfairly enriched and obtain sales and profits to which FormFactor is not entitled; and (d) irreparable harm to Technoprobe and its reputation and goodwill.

68.     FormFactor's materially false or misleading representations of fact have misled probe card purchasers and users. FormFactor intentionally made materially false and misleading statements as well as intentionally omitted disclosure of material facts relating to its probe cards and the probe cards of its competitors, including those of Technoprobe because FormFactor knew probe card purchasers and users would be less likely to purchase and use FormFactor's products if they knew those material facts.

69.     FormFactor has made materially false or misleading statements of fact that have, and are likely to, materially influence the purchasing decisions of purchasers and users of probe cards, including Technoprobe purchasers and users. FormFactor made such statements with the intent to injure, and has injured, Technoprobe through the diversion of sales from Technoprobe to FormFactor, and caused and will continue to cause irreparable harm to the significant goodwill and reputation that Technoprobe enjoys and its industry-leading probe cards.

70.     By its conduct in violation of the Lanham Act, FormFactor has unfairly competed with Technoprobe and continues to compete unfairly with Technoprobe. FormFactor has been, and will continue to be, unjustly enriched by its wrongful and unlawful acts.

23

71.     FormFactor has willfully and deliberately violated § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), warranting an award of enhanced damages, disgorgement of profits, and attorneys' fees under 15 U.S.C. § 1117(a), as this is an exceptional case.

72.     Technoprobe has no adequate remedy at law for FormFactor's continuing acts of materially false and misleading probe card claims.

73.     By reason of FormFactor's materially false and misleading probe card claims, Technoprobe has suffered, and will continue to suffer, substantial harm and damages in an amount to be determined at trial.

74.     FormFactor's conduct has continued to cause Technoprobe to suffer, and, unless enjoined by the Court, will cause Technoprobe to continue to suffer, damage to its operation, reputation, and goodwill, and will suffer loss of sales and profits that Technoprobe would have made but for FormFactor's acts. Technoprobe has been, and will continue to be, irreparably harmed and injured by FormFactor's wrongful and unlawful acts. Technoprobe is entitled to injunctive relief. The public interest in being free of confusion, mistake, or deception is best served by injunctive relief.

## DEMAND FOR JURY TRIAL

75.     Technoprobe respectfully requests a trial by jury on all claims so triable.

## PRAYER FOR RELIEF

**WHEREFORE,** Technoprobe respectfully requests that this Court enter judgement in its favor on each and every claim set forth above and award it relief including, but not limited to:

A.     A judgement that FormFactor has infringed the '885 patent in violation of the patent laws of the United States, 35 U.S.C. § 271;

B.     A judgement that FormFactor has committed materially false and misleading probe card claims in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a);

C.      An award of damages, including, but not limited to, pre- and post-judgement interest and costs, disgorgement of FormFactor's profits, and remedial advertising;

D.      An award of enhanced damages;

E.      An award of attorneys' fees and costs;

F.      An order permanently enjoining FormFactor and its officers, employees, agents, and servants from making, using, offering to sell, selling, and/or importing the Accused Products and from making materially false and misleading probe card claims;

G.      An order requiring FormFactor to identify and recall from customers and distributors and destroy all Accused Products and correct all materially false and misleading probe card claims; and

I.      An award of such other and further relief as the Court may deem just and proper.

Respectfully submitted,

*/s/ Andrew E. Russell*
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
*Attorneys for Plaintiff Technoprobe S.p.A.*

OF COUNSEL:
Mark Sommers
Houtan K. Esfahani
John C. Paul
Abhay A. Watwe
Alexander E. Harding
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

Dated: August 4, 2023