# Exhibit B

# THE HIGHEST- RATED SUPPLIERS OF TEST CONNECTIVITY SYSTEMS* - PROBE CARD SUPPLIERS

## 2023 Top Probe Card Suppliers

**Share This Post**

### THE 2023 HIGHEST- RATED TEST CONNECTIVITY SUPPLIERS

| Supplier | Rating | TechInsights Stars | Highest-Rated Categories |
|---|---|---|---|
| TECHNOPROBE | 9.81 | ★★★★★ | • Commitment<br>• Recommend Supplier |
| FormFactor | 9.58 | ★★★★★ | • Technical Leadership<br>• Field Engineering Support |

Source: TechInsights
Doc: css_testconnectivity_v23.05

These charts, graphs, and text are approved for public release by certified media and must be accompanied by a statement clearly identifying the TechInsights 2023 Customer Satisfaction Survey as the source. No advertising or other promotional use can be made of the information in this release or TechInsights' 2023 Customer Satisfaction Survey without a license. Copyright © 2023 TechInsights Inc. All rights reserved.

Technoprobe and FormFactor earn 5 Stars from customers as the 2023 Highest-Rated Test Connectivity Suppliers in the TechInsights Customer Satisfaction Survey. Technoprobe claimed the top spot for a sixth year in a row earning its highest-rated categories in Commitment and Recommend Supplier. FormFactor took second place with an increase of 29 basis points earning its highest-rated categories in Technical Leadership and Field Engineering Support.

Congratulations to the 2023 highest-rated suppliers of Test Connectivity Systems below who received ratings from 42 different companies.

## The TechInsights Rating Scale

9 to 10

★★★★★

8.5 to <9



8 to <8.5



7.5 to <8

7 to <7.5

## About the 2023 TechInsights Customer Satisfaction Survey

TechInsights received feedback from more than 60% of the chip market and 66% of subsystems customers for this year's survey. The survey spans 2 ½ months and covers five languages. Worldwide participants were asked to rate equipment suppliers among 14 categories based on three key factors: supplier performance, customer service, and product performance. 1,859 surveys were returned, resulting in 25,489 total responses.

The TechInsights annual Customer Satisfaction Survey is the only publicly available opportunity since 1988 for customers to provide feedback for suppliers of: semiconductor equipment and subsystems. The 10 BEST and THE BEST awards provide special recognition to suppliers that are rated highest by their customers.

# More To Explore



(/blog/webinar-silicon-bridge-and-heterogeneous-integration)

**Webinar: The Silicon Bridge and Heterogeneous Integration (/blog/webinar-silicon-bridge-and-heterogeneous-integration)**

July 25, 2023



(/blog/oppo-reno-9-and-understanding-oppos-battery-health-engine)

**The OPPO Reno 9 and understanding OPPO's Battery Health Engine (/blog/oppo-reno-9-and-understanding-oppos-battery-health-engine)**

July 19, 2023



(/blog/brief-history-insulated-gate-bipolar-transistors-igbts-curated-techinsights-analysis)

**A Brief History of Insulated Gate Bipolar Transistors (IGBTs) with Curated TechInsights Analysis (/blog/brief-history-insulated-gate-bipolar-transistors-igbts-curated-techinsights-analysis)**

July 18, 2023

# Sign up for latest analysis, news and insights from TechInsights!

Stay informed about TechInsights' products, services, and events. Email collection adheres to TechInsights' Privacy Policy (https://www.techinsights.com/privacy-policy).

First Name *    Last Name *    Corporate Email *    Company

Opt-in to receive updates. By doing so you agree to TechInsights' Privacy Policy. *

Stay Informed

## Revealing the innovations others cannot inside advanced technology products

Home (https://www.techinsights.com/)
About (https://www.techinsights.com/about-techinsights)
Solutions (https://www.techinsights.com/solutions)
News (https://www.techinsights.com/analysis-insights)
Contact (https://www.techinsights.com/about-techinsights/contact-us)

### Contact

General Inquiries

1-888-666-8888

1891 Robertson Rd #500, Nepean, ON K2H 5B7

Copyright © 2023 TechInsights Inc. All rights reserved.

Accessibility (https://www.techinsights.com/accessibility-plan-policy)    Privacy Policy (https://www.techinsights.com/privacy-policy)    Terms and Conditions (https://www.techinsights.com/legal/terms-and-conditions)    Conflict of Interest and Confidential Information (https://www.techinsights.com/conflict-interest-and-confidential-information)