# Exhibit C

EN

Home / News & Press / News, Events & Publications / Technoprobe RANKED 1st Probe Cards Supplier of 2022



**For a fifth year in a row**, we are the **Highest-Rated Test Subsystems Supplier** in the **TechInsights Customer Satisfaction Survey** (formerly VLSIresearch).

EN

| # | | Rating | TechInsights Stars |
|---|---|---|---|
| 2 | Advantest | 9.47 | ★★★★★ |
| 3 | Teradyne | 8.15 | ★★★★ |

| | TEST SUBSYSTEMS | Rating | TechInsights Stars |
|---|---|---|---|
| 1 | Technoprobe | 9.52 | ★★★★★ |
| 2 | FormFactor | 9.29 | ★★★★★ |
| 3 | Nidec SV TCL | 9.16 | ★★★★★ |
| 4 | Japan Electronic Materials | 7.72 | ★★★★☆ |

| | WFE SUBSYSTEMS | Rating | TechInsights Stars |
|---|---|---|---|
| 1 | Edwards | 8.42 | ★★★★ |
| 2 | HORIBA | 7.25 | ★★★ |
| 3 | MKS Instruments | 7.24 | ★★★ |
| 4 | VAT | 7.17 | ★★★ |

| | ASSEMBLY EQUIPMENT | Rating | TechInsights Stars |
|---|---|---|---|
| 1 | ASM Pacific Technology | 8.75 | ★★★★★ |
| 2 | HANMI | 8.31 | ★★★★ |

| # | | Rating | TechInsights Stars |
|---|---|---|---|
| 2 | Plasma-Therm | 9.35 | ★★★★★ |
| 3 | EV Group | 9.03 | ★★★★★ |
| 4 | Jiangsu ASIA Electronics | 8.83 | ★★★★★ |
| 5 | Kokusai Electric | 7.94 | ★★★★ |
| 6 | Lam Research | 7.88 | ★★★★ |
| 7 | Tokyo Electron | 7.75 | ★★★★ |
| 8 | Applied Materials | 7.70 | ★★★★ |
| 9 | Hitachi High-Tech | 7.63 | ★★★★ |

| | WFE TO SPECIALTY CHIP MAKERS | Rating | TechInsights Stars |
|---|---|---|---|
| 1 | Plasma-Therm | 9.35 | ★★★★★ |
| 2 | EV Group | 9.12 | ★★★★★ |
| 3 | Lam Research | 7.90 | ★★★★ |
| 4 | Tokyo Electron | 7.76 | ★★★★ |
| 5 | Applied Materials | 7.52 | ★★★★ |
| 6 | Hitachi High-Tech | 7.41 | ★★★ |
| 7 | Canon | 7.06 | ★★★ |

| | WFE TO FOUNDATION CHIP MAKERS | Rating | TechInsights Stars |
|---|---|---|---|
| 1 | ASML | 9.42 | ★★★★★ |
| 2 | Applied Materials | 8.25 | ★★★★ |
| 3 | Tokyo Electron | 7.74 | ★★★★ |

Source: TechInsights

# THE BEST Supplier of 2022

EN

Technoprobe wins **THE BEST Supplier of 2022** and **RANKED 1st** in its area, Test Subsystems, earning the highest-rated categories in Commitment, Trust in Supplier, and Partnering.

**The 2022 TechInsights Customer Satisfaction Survey**

The TechInsights Customer Satisfaction Survey is the only publicly available opportunity since 1988 for customers to provide feedback for suppliers of semiconductor equipment and subsystems. The 10 BEST and THE BEST awards provide special recognition to suppliers that are rated highest by customers.

TechInsights received feedback from over 63% of the chip market and 80% of subsystems customers. The survey spanned 2 ½ months and covered five languages with 1,316 surveys returned, resulting in 17,546 total responses. For this year's survey, worldwide participants were asked to rate equipment suppliers among 14 Categories based on 3 key factors:

- Supplier performance
- Customer service
- Product performance

© Technoprobe S.p.A.
Via Cavaleri Cameo, 2
23870 Cernusco Lombardone, LC (Italy)
info@technoprobe.com
P.Iva 02272540135

EN

Company

Technoprobe
Governance
Worldwide
Manifesto
Sustainability
Our history

People

Innovation makers
Our motto
Join us

Technologies & Products

Our technologies
What is a Probe Card?

News & Press

News, Events & Publications
Press & Media

Investors

Investor Relations

Contact

Talk to us
Work with us

CUSTOMER PORTAL
WORK WITH US

## A tailored experience

EN

This website uses technical cookies and, subject to prior consent, first- and third-party profiling cookies. If you close the banner, the settings remain in place and you continue browsing in the absence of cookies other than technical ones. Your consent to the use of cookies other than technical ones is optional and can be withdrawn at any time by setting your cookie preferences. For more information on each type of cookie we use, you can read our Cookie Policy.

## Cookies used

Please find below the list of cookies used by our website.

### Necessary technical cookies

Always active

Necessary technical cookies cannot be disabled as the website would not be able to function properly without them. We use them to provide our services and they contribute to basic functionalities such as page browsing, language preference or access to secure areas of the website.

**First party** 4

**cm_cookie_technoprobe**

Checks cookie acceptance.
**Lifetime** 6 mesi
**Domain** .technoprobe.com

**_icl_visitor_lang_js**

Makes it possible to save language settings.
**Lifetime** 1 giorni
**Domain** .technoprobe.com

**wpml_browser_redirect_test**

Makes it possible to save language settings.
**Lifetime** Session
**Domain** .technoprobe.com

**wp-wpml_current_language**

Makes it possible to save language settings.
**Lifetime** Session
**Domain** .technoprobe.com

**Google** 3

EN

☑

Makes it possible to distinguish users.

**Lifetime** 24 ore

**Domain** .technoprobe.com

**_ga**

☑

Makes it possible to distinguish users by assigning a randomly generated number as a user identifier.

**Lifetime** 2 anni

**Domain** .technoprobe.com

[Find out more about this supplier](#)