# Exhibit E



SWTEST

PROBE TODAY, FOR TOMORROW

2023 CONFERENCE

# Maximizing CCC and the March to an Unburnable Probe



Dr. Hadi Najar
David Raschko
FormFactor




June 5 - 7, 2023

# Agenda

- Why Does CCC matter?

- Hybrid Probe Review

- Next Generation Probe Review

- Metallized Guide Plate Review

- Maximized CCC Conclusion



# Industry Trends

- **High Performance Compute and GPU applications are marching to 1kW devices (1,000A at 1V)**
  - Currently shipping 400A devices today (400W at 1V)
  - Newest HPC devices have >50 Billion Transistors
- **New nodes and technology advancements are creating downward pressure on yield**
  - Yield drop with each node transition
  - Transitions to more complex digital coms (PAM4) decrease yield
  - Larger die for HPC and GPU applications are lowering wafer yield
- **As yields decrease and as device power increases Probe Card capability and CCC must increase**



https://www.techspot.com/article/2540-rise-of-power/



Dr. Hadi Najar
David Raschko

SWTest | June 5 - 7, 2023

# CCC Terminology

- **Current Carrying Capability**
  - The amount of current that a probe or spring can withstand before burning or damage occurs
- **ISMI CCC**
  - Current applied where a 20% lower force is observed in a probe (spring)
- **MAC (Maximum Allowable Current)**
  - Current applied where a change in probe force or planarity is first observed
- **ECCC (Effective Current Carrying Capability)**
  - An averaging of total current that a group of probes can withstand before burning occurs



# Why Does CCC Matter?

### Defect Density over Time by Node



https://www.anandtech.com/show/16028/better-yield-on-5nm-than-7nm-tsmc-update-on-defect-rates-for-n5

- **Probe Current Carrying Capability prevents probe burning when something goes wrong during wafer testing**
  - Shorts in the DUT
  - Unstable contact between the DUT and Probe card
- **High CCC Probes improves uptime and MTBF as the probe card becomes more robust and resistant to probe burning**





Dr. Hadi Najar
David Raschko

SWTest | June 5 - 7, 2023

# Methods for Improving CCC

Metallized Guide Plates



Next Generation Probes



Hybrid Probes






# Hybrid Architecture

- **SOCs have PWR/GND in the middle of the Device and I/O in the periphery of the Device**
  - PWR/GND typically at ≥150um pitch
    - Can use wider, high CCC probes
  - I/O typically at ≤90um pitch
    - Can use smaller, lower CCC probes
- **By combining probe types in the Probe Card the Effective CCC is increased**



**Hybrid Spring Head Probe Card – V93K DD**

**DUT Zoomed In**

**Single DUT Layout by Probe Type**

Tighter Pitch Probes with lower CCC

Wider Pitch Probes with Higher CCC

Dr. Hadi Najar
David Raschko

SWTest | June 5 - 7, 2023

# Hybrid Increasing Available CCC

- **FFI Hybrid probe technology increases probe card available CCC**
  - combining tight pitch low CCC probes and wide pitch High CCC probes in the same design

- **Product A as a test case**
  - Min Pitch = 90um
  - Requires MF100F for 90um pitch with CCC of 1,200 mA
  - If hybrid is used available CCC can be improved by 20% to 1,435 when using MF130/MF100

| Product A x8 Hybrid Available CCC Example | | |
|---|---|---|
| **Hybrid Probe Type** | **MF100F** | **MF130F** |
| **CCC (mA)** | 1,200 | 1,500 |
| **Probe Count** | 4,216 | 15,248 |
| **Total CCC (mA)** | 5,059,200 | 22,872,000 |
| **Total Probe Card Available CCC (mA)** | 1,435 | |
| **% Improvement over Single Probe (MF100)** | 20% | |



Dr. Hadi Najar
David Raschko



# Maximizing Effective CCC

- **Hybrid probes provide 20% higher effective CCC relative to single probe solutions**






# FFI MT Probe



- MT next generation probes provide **>50% improved CCC** over current gen. MEMS probes

- **Higher speed** performance with shorter probe length.

- **Hybrid** compatible MT probe family to further enhance CCC and high-speed capability.

- **Metallized Guide Plate** can further increase effective CCC to >3A





Dr. Hadi Najar
David Raschko

# Maximizing Effective CCC

- **Hybrid probes provide 20% higher effective CCC relative to single probe solutions**
- **MT Probes provide 42% higher CCC relative to last generation probes**
  - 78% improvement when combined with Hybrid





Dr. Hadi Najar
David Raschko

**SWTest | June 5 - 7, 2023**



# What is Metallized Guide Plate? (Analogy)



OVERFLOW!!
(No MeGP)



Distributed
(MeGP)

Dr. Hadi Najar
David Raschko



SWTest | June 5 - 7, 2023



FormFactor

# What is Metallized Guide Plate?

- **Metallized Guide Plates (MeGP) connect VDD and GND nets together through metal patterns on the Guide Plate**
  - Provides alternative current path when overcurrent events occur
  - Enables Improved Contact with the DUT through alternative current paths

Metallization High Magnification



Metallization 2-Probe Circuit





# Examples of how MeGP can help



No MeGP

Current Spikes are re-distributed in MeGP case

No MeGP

Poor contact or disconnect



# MeGP Technical Terminology





$r_b$: Probe body + DE Cres

 $r_c$ : Tip-MeGP Contact resistance

$r_{tr}$: Trace resistance

# Generalized MeGP Effective CCC model (building block)



Effective CCC

$$ECCC = I_{probe}\left(1 + \underbrace{\frac{r_b}{r_c + R_{dist}}}_{\text{amplification factor}}\right)$$



$$R_{dist} = \left(\sum_{n=1}^{N} \frac{1}{r_c + r_{tr(n)} + r_b}\right)^{-1}$$

$r_b$: Probe body + DE Cres
$r_c$ : Tip-MeGP Contact resistance
$r_{tr}$: Trace resistance
N: Number of probes
$R_{dist}$: resistance of distributed network



Dr. Hadi Najar
David Raschko

FormFactor

# Effect of trace resistance and number of probes

(1) If $r_{tr}$ << $r_c + r_b$, the CCC will be layout independent, and the general equation reduces to:

$$ECCC_1 = I_{probe}\left(1 + \frac{r_b}{r_c + \dfrac{r_c + r_b}{N}}\right)$$

(2) For large gang numbers, N, the equation reduces to:

$$ECCC_2 = I_{probe}\left(1 + \frac{r_b}{r_c}\right)$$





$1 + \dfrac{r_b}{r_c}$ is the best CCC amplification factor one can get.

rb: Probe body + DE Cres
rc : Tip-MeGP Contact resistance
rtr: Trace resistance
N: Number of probes


Dr. Hadi Najar
David Raschko

FormFactor

# Validation using measured CCC and True MeGP CRES data



Effective CCC

$$ECCC = I_{probe}\left(1 + \underbrace{\frac{r_b}{r_c + R_{dist}}}_{\text{amplification factor}}\right)$$

- ◉ Excellent agreement between model and experiment was achieved.
- ◉ ECCC showed a <u>65%</u> average improvement for 20 connected probes.




# Model Extension to real cases – Current Spike events







# Numerical example

- **For a 20-ganged probes with negligeable trace resistance, α = 32% and β = 68%.**

- **A 20% increase in nominal current ($I_{in}$), translates to 6.4% increase in $I_{dist}$ and 13.6% in $I_{probe}$.**



# MeGP Design Challenges

- **Challenge: Design of the MeGP is difficult due to the number of nets and probes involved.**
  - A design error could be fatal in the yield of the MeGP leading to shorts from VDD to GND
  - Design complexity could significantly

- **Solution: Automated Design and DFM rule implementation**
  - Eliminates mistakes from manual design
  - Decreases design cycle time to a few hours

Design Automation Improves Design Cycle Time and Reduces Errors





# MeGP Verification Challenges

- **Challenge: MeGP needs to be verified for shorts before stitching the probes and completing assembly of the Probe Card**
  - POR process flow verifies electrical continuity with PRVX
    - If short is found the Probe Head would need to be disassembled and fixed
      - Long Cycle times at the last step of the manufacturing process

- **Solution: Implementation of Flying Probe Test after MeGP Plating**
  - Allows rework of GPs if needed
  - Ensures high quality through manufacturing process

Flying Probe Test Contact Points





# Maximizing Effective CCC

- **MeGP Improves Effective CCC by 65% depending on the probe architecture**
- **FFI has achieved the first >3A CCC Probe card at 90um pitch using Next generation MT Probes, Hybrid probes, and Metallized Guide Plate**
  - Short Cycle Time and Excellent quality guaranteed through Design Automation and Outgoing Flying Probe Test



MT Hybrid with MeGP provides Best Effective CCC >3A

Dr. Hadi Najar
David Raschko





# Thank You!!




June 5 - 7, 2023