# Exhibit F

# Enabling Vertical Super High Probe Counts at Wafer Test



Keith Martin
Sr. Director New Product Development
FormFactor, Livermore - USA

SWTest | June 5 - 7, 2023

# Agenda

- **Probe count trends**
- **Understanding actual overtravel**
- **Impact of system stiffness**
- **Thermal effects**
- **Guide plate and MLO challenges**
- **Equipment readiness**
- **Conclusions**





Author

2

# Why Is Probe Count Increasing?

- **New packaging solutions**
  - New packaging technologies enable tighter pitches for improved PWR/GND and IO coverage

- **Power delivery performance:**
  - Increasing number of $V_{dd}$ and $V_{ss}$ bumps to reduce impedance and improve the power delivery network (PDN)

- **Test costs:**
  - Some customers are not increasing per DUT probe counts but instead are increasing parallelism to improve throughput

Keith Martin

3

# High Probe Count Trend

- **FormFactor is shipping 80k probe designs today**

- **We see probe counts trending to 120k+ probes by 2025 and customers are already inquiring about 150k – 200k**

- **Based on the current trend, the Actual OT/Programmed OT ratio will become a key limiter!**



**FormFactor 80k Probe Design**



# What is AOT/POT and Why Should We Care?



- **What is AOT/POT?**
  - In simple terms, the probes act as a spring and the actual compression of the probes is less than what is programmed in the prober recipe due to non-infinite system stiffness
- **Why do we care?**
  - Ultimately, we need low and stable Cres for IO performance and power delivery which depends on having adequate over travel
  - Having a high level of bow across the probe card stack-up during use leads to contact and reliability concerns for these large probe arrays



Keith Martin

SWTest | June 5 - 7, 2023

5

# System Stiffness



Reference: T. Berry. K. Breinlinger, R. Rincon, SW Test, 2012

The system consists of a group of springs in series:

$$\frac{1}{k_{system}} = \frac{1}{k_{probe\ card}} + \frac{1}{N * k_{probes}} + \frac{1}{k_{card\ holder}} + \frac{1}{k_{prober\ structure}} + \frac{1}{k_{chuck+stage}} + \frac{1}{k_{tester}}$$

where N = number of probes

# How About the Impact of Temperature?

- **We know the probe card deflects based on thermal gradients and the CTE mismatch between materials**
  - Having higher probe counts will increase the contribution of thermal conduction from the wafer to the probe card and needs to be considered when designing fixturing and stiffening components
- **FEA models need to be thermo-mechanical to provide a full understanding of what is happening to the probe card during test**
- **With FFI's proprietary material selection, CTE deltas can be minimized and bow eliminated even for large arrays**

**Example Probe Card Deflections at -40°C and 125°C Wafer Temperature**



Keith Martin

SWTest | June 5 - 7, 2023

7

# MLO Attach Challenges

- Larger probe arrays are requiring MLO sizes >100mm per side
- Major challenge is controlling bow during reflow attach to the PCB
  - Too much bow leads to opens at the probe distal end interface to the MLO pad
- <u>With FFI's proprietary process, we can reflow up to 120mm MLO's without issue</u>



Probe Card Cross-Section



Example MLO Failing Flatness Spec After Reflow

Keith Martin

SWTest | June 5 - 7, 2023

8

# Guide Plate Material

- Probes exert lateral and frictional forces on the guide plates under compression with the lower guide plate seeing the majority of the stress

- New ceramic materials with increased bending strength are under investigation

- Alternatively, the LGP can be made thicker but at the expense of cost and lead time



FEA - Lower GP Deflection Design 1



FEA - Lower GP Deflection Design 2

| Design | // | Probes/DUT | Total # of Probes | Max. LGP Deflection ($\mu$m) | Factor of Safety, Max Stress |
|---|---|---|---|---|---|
| Design 1 | 2 | 33K | 66K | 110 | 1.5 |
| Design 2 | 10 | 5K | 50K | 24 | 7 |

# What's Needed From the Tester?

- **A stiff probe card docking interface**
- **Advantest's DUT Scale Duo Tester for example, has 3x more useable Z-height for the PCB stiffener**
  - More clearance opens up the design space for an improved stiffener that doesn't reduce component space on the PCB

**Advantest DUT Scale Duo Tester**



**Teradyne UltraFLEXplus Tester**



**Probe Card Stiffness FEA Modeling**

Resultant MLO Deflection

# What's Needed From the Prober?

- **High force capable chucks**
  - Example: 150k probes at 2.5 gf each = 375 kg total force!
- **Minimal deflection of the wafer chuck in the offset loading condition**
- **Accretech's AP3000 prober, for example, provides chuck options up to 700 kg**



**Offset Loading Condition**

Wafer Chuck · Probe Head · F



Accretech AP3000 Prober



TEL Prexa Prober

# The Low-Force Probe Alternative

- **An alternate solution is to introduce a low force probe to offset the higher probe counts**
- **Low force probes with high CCC are challenging to fabricate**
  - Next generation materials and fab capabilities, such as used in the FFI MT probe family, are enabling higher CCC which can be traded-off for force
- **Achieving stable Cres is also difficult**
  - What is the minimum tip pressure needed for Cres? Do higher wafer temperatures help or hurt?



Probe Marks on Solder Bumps



Keith Martin

SWTest | June 5 - 7, 2023

12

# Summary & Conclusions

- 80k probe cards are used in HVM test today
- We need accurate numbers for the stiffness of the components in the system. The days of assuming infinite stiffness are over
    - System stiffness data collection is in progress to calibrate thermo-mechanical models
- High probe counts will challenge guide plate strength, but we have material options and will continue to search for new materials
- New testers and probers are available, promising improved stiffness
- Memory may no longer be the king of high probe counts; vertical probe cards are catching up and will surpass 100k probes

- FFI is ready for >100k vertical probe cards and are working with our partners to solve the key system challenges

# Special Thanks

- **Andrew Blomgren, Andrew Kontic, Doug Ondricek, David Raschko, Robert Templeton, Gideon Ukpai and many others at FormFactor**

Keith Martin

14