IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOPROBE S.P.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. |
| | ) |
| FORMFACTOR, INC., | ) |
| | ) |
| Defendant. | ) |

## TECHNOPROBE S.P.A. CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Technoprobe S.p.A. ("Technoprobe") hereby certifies that it is a publicly traded Italian corporation that is 68% owned by privately-held Italian corporation T-Plus S.p.A. No publicly traded corporation directly owns more than 10 percent of Technoprobe's stock.

Respectfully submitted,

/s/ Andrew E. Russell
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
*Attorneys for Plaintiff Technoprobe S.p.A.*

OF COUNSEL:
Mark Sommers
Houtan K. Esfahani
John C. Paul
Abhay A. Watwe
Alexander E. Harding
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

Dated: August 4, 2023