IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOPROBE S.P.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-842-JCG |
| | ) |
| FORMFACTOR, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT FORMFACTOR, INC.'S PARTIAL MOTION TO DISMISS
<u>PLAINTIFF'S AMENDED COMPLAINT</u>**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant FormFactor, Inc. ("FormFactor") hereby moves to dismiss in part the Amended Complaint (D.I. 13) filed by Plaintiff Technoprobe S.p.A. ("Technoprobe") on the basis that: (1) the Complaint fails to allege sufficient facts about FormFactor's knowledge of the patent-in-suit and of the alleged patent infringement to support its claims for induced infringement and willful infringement, and/or any claim for enhanced damages based on willful infringement, and (2) the Complaint fails to allege sufficient facts to establish certain elements of a claim of false advertising under a theory of literal falsity pursuant to 15 U.S.C. § 1125(a)(1)(B). The grounds for this motion are set forth in the accompanying opening brief, which is being filed contemporaneously.

{01956692;v1 }

| | |
|---|---|
| | ASHBY & GEDDES |
| | */s/ Andrew C. Mayo* |
| *Of Counsel:* | _____ |
| | John G. Day (#2403) |
| T. Vann Pearce, Jr. | Andrew C. Mayo (#5207) |
| Steven J. Routh | 500 Delaware Avenue, 8th Floor |
| Jasmine W. Zhu | P.O. Box 1150 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Wilmington, DE 19899 |
| Columbia Center | (302) 654-1888 |
| 1152 15th Street, N.W. | jday@ashbygeddes.com |
| Washington, DC 20005-1706 | amayo@ashbygeddes.com |
| (202) 339-8400 | |
| | *Attorneys for Defendant FormFactor, Inc.* |
| Sheryl K. Garko | |
| Caroline Simons | |
| Ryan Lind | |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | |
| 222 Berkeley Street, Suite 2000 | |
| Boston, MA 02116 | |
| (617) 880-1800 | |
| | |
| Anri Nakamoto | |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | |
| Izumi Garden Tower, 28th Floor | |
| 6-1 Roppongi 1-Chome | |
| Minato-ku, Tokyo, 106-6028 | |
| Japan | |
| 81 3 3224 2089 | |

Dated: November 8, 2023