IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOPROBE S.P.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-842-JCG |
| | ) |
| FORMFACTOR, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for Plaintiff to file an answering brief in opposition to Defendant's Motion to Dismiss for Failure to State a Claim (D.I. 17) is extended to and including December 6, 2023.

| | |
|---|---|
| */s/ Andrew E. Russell* | */s/ Andew C. Mayo* |
| Andrew E. Russell (No. 5382) | John G. Day (No. 2403) |
| SHAW KELLER LLP | Andrew C. Mayo (No. 5207) |
| I.M. Pei Building | ASHBY & GEDDES |
| 1105 North Market Street, 12th Floor | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| (302) 298-0700 | Wilmington, DE 19899 |
| arussell@shawkeller.com | (302) 654-1888 |
| *Attorneys for Plaintiff Technoprobe S.p.A.* | jday@ashbygeddes.com |
| | amayo@ashbygeddes.com |
| Dated: November 17, 2023 | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____ 2023.

_____
Judge Jennifer Choe-Groves