IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOPROBE S.P.A., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 23-842-JCG ) |
| FORMFACTOR, INC., | ) ) |
| Defendant. | ) ) ) |

## **STIPULATED ORDER**

The parties hereby stipulate and agree, subject to the approval and Order of the Court, that the deadline for Defendant to file a Reply Brief in support of Defendant's Motion to Dismiss (D.I. 17) is extended to and including December 20, 2023.

SHAW KELLER LLP

*/s/ Andrew E. Russell*
_____
Andrew E. Russell (#5382)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com

*Attorneys for Plaintiff*

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
_____
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant FormFactor, Inc.*

SO ORDERED, this _____ day of December, 2023.

_____
Judge Jennifer Choe-Groves