IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOPROBE S.P.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-842-JCG |
| | ) |
| FORMFACTOR, INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF
IN OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS**

Plaintiff Technoprobe S.P.A. respectfully moves the Court for permission to file a 2-page sur-reply brief to address two specific misstatements of law and fact raised by Defendant FormFactor, Inc. for the first time in its Reply Brief in support of its Partial Motion to Dismiss Technoprobe's Amended Complaint. D.I. 27 ("Reply"). A copy of the sur-reply that Technoprobe would file, if permitted to do so by the Court, is attached as Exhibit A.

This Court allows sur-replies to be submitted to address specific misstatements made in reply briefs. *See, e.g.*, *Chase Bank USA N.A. v. Hess Kennedy Chartered LLC*, 589 F. Supp. 2d 490 (D. Del. 2008) (denying Defendants' motion to dismiss and granting Plaintiff's sur-reply request directed to "a number of alleged misrepresentations in the Defendants' Reply Brief in support of their Motion to Dismiss."); *see also Inline* Connection *Corp. v. EarthLink, Inc.*, 684 F. Supp. 2d 496, 500, n.8; 540 (D. Del. 2010) (granting leave to file a sur-reply "to correct the record as to certain mischaracterizations of the law and the trial record by Inline, and to ensure that the court has the proper context for resolving Inline's motion for judgment as a matter of law."). Technoprobe submits this sur-reply brief to address two specific and material misstatements in FormFactor's Reply: one of fact and one of law.

1

First, FormFactor's Reply states that Technoprobe "does not dispute" that FormFactor had "no knowledge whatsoever" of its infringement on the day the Original Complaint was filed. *See* Reply, 1. Second, FormFactor's Reply inserts the word "willful" into a portion of the Federal Circuit's *Mentor Graphics* opinion to artificially narrow its apparent holding. *See* Reply, 2-3. Neither statement is correct. Technoprobe's proposed sur-reply is narrowly tailored to clarify these two material misstatements in FormFactor's Reply. It will not address the merits of any of FormFactor's remaining arguments.

In accordance with D. Del. LR 7.1.1, Technoprobe certifies that it has made reasonable efforts to reach agreement on this motion. On December 28, 2023, counsel for Technoprobe met and conferred with counsel for FormFactor regarding Technoprobe's request for a sur-reply. FormFactor opposes Technoprobe's request.

Accordingly, Technoprobe respectfully requests that the Court permit the filing of the sur-reply brief attached hereto as Exhibit A.

|  |  |
|---|---|
| | */s/ Andrew E. Russell* |
| | Andrew E. Russell (No. 5382) |
| | SHAW KELLER LLP |
| | I.M. Pei Building |
| OF COUNSEL: | 1105 North Market Street, 12th Floor |
| Mark Sommers | Wilmington, DE 19801 |
| Houtan K. Esfahani | (302) 298-0700 |
| John C. Paul | arussell@shawkeller.com |
| Jennifer E. Fried | *Attorneys for Plaintiff Technoprobe S.p.A.* |
| Ahbay A. Watwe | |
| Kelly S. Horn | |
| Alexander E. Harding | |
| FINNEGAN, HENDERSON, FARABOW, | |
|   GARRETT & DUNNER, LLP | |
| 901 New York Avenue, NW | |
| Washington, DC  20001-4413 | |
| (202) 408-4000 | |

Dated: December 28, 2023