

Andrew E. Russell
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0704
arussell@shawkeller.com

February 27, 2024

**BY CM/ECF & FED EX**
The Honorable Jennifer Choe-Groves
Clerk of the Court
United States Court of International Trade
One Federal Plaza
New York, NY 10278-0001

    Re: *Technoprobe S.p.A. v. FormFactor, Inc.*, Case No. 23-842-JCG

Dear Judge Choe-Groves,

    I write on behalf of the parties in the above-captioned case to report that the parties have reached agreement on a Proposed Scheduling Order, a copy of which is enclosed. The parties have no disputes regarding the Proposed Scheduling Order and jointly request that the Court enter it, if it is acceptable to the Court.  The parties included blanks for the Court to fill in its preferred dates for the claim construction hearing, pretrial conference, and trial.

    The parties are available at the Court's convenience to respond to any questions or concerns that Your Honor may have.

        Respectfully submitted,

        */s/ Andrew E. Russell*

        Andrew E. Russell (No. 5382)

Enclosure

cc:    Clerk of Court (by CM/ECF)
        All Counsel of Record (by CM/ECF & Email)