# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TECHNOPROBE S.P.A.,**<br><br>    Plaintiff,<br><br>v.<br><br>**FORMFACTOR, INC.,**<br><br>    Defendant. | **Court No. 1:23-cv-00842-JCG** |

## ORDER

Upon consideration of the Parties' Stipulation to Extend Time, ECF No. 55, and all other papers and proceedings in this action, it is hereby

**ORDERED** that the Parties shall confer and file any proposed protective orders with the Court on or before May 17, 2024.

IT IS SO ORDERED this 3rd day of May, 2024.

  /s/ Jennifer Choe-Groves  
Jennifer Choe-Groves  
U.S. District Court Judge[*]

---

[*] Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.