IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TECHNOPROBE S.P.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-842-JCG |
| | ) | |
| FORMFACTOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF TECHNOPROBE S.P.A.'S PARTIAL MOTION TO DISMISS
DEFENDANT FORMFACTOR INC.'S COUNTERCLAIMS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Technoprobe S.p.A. ("Technoprobe") hereby moves to dismiss Counterclaim I for non-infringement of U.S. Patent No. 11,035,885 in Defendant FormFactor, Inc. ("FormFactor")'s Answer (D.I. 67) on the basis that Counterclaim I fails to allege any facts about how or why FormFactor is entitled to declaratory relief, including any facts that–even if viewed in the light most favorable to FormFactor–would support a finding that FormFactor does not infringe the '885 patent either directly or indirectly. The grounds for this motion are set forth in the accompanying opening brief, which is being filed contemporaneously.

|  |  |
|---|---|
| OF COUNSEL:<br>Mark Sommers<br>Houtan K. Esfahani<br>John C. Paul<br>Jennifer E. Fried<br>Abhay A. Watwe<br>Kelly S. Horn<br>Alexander E. Harding<br>Milan F. Feliciello<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC  20001-4413<br>(202) 408-4000 | */s/ Andrew E. Russell*<br>Andrew E. Russell (No. 5382)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>arussell@shawkeller.com<br>*Attorneys for Plaintiff Technoprobe S.p.A.* |

Dated: June 24, 2024