IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOPROBE S.P.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-842-JCG |
| | ) |
| FORMFACTOR, INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2024, it is hereby ordered that:

1. Plaintiff Technoprobe S.p.A.'s Partial Motion to Dismiss is hereby GRANTED.

2. Defendant FormFactor Inc.'s Counterclaim I for a declaratory judgement of non-infringement of U.S. Patent No. 11,035,885 is hereby DISMISSED.

_____
United States District Judge
Jennifer Choe-Groves[1]

---

[1] Judge Choe-Groves of the United States Court of International Trade, sitting by designation.