# Exhibit A

**Harding, Alexander**

| | |
|---|---|
| **From:** | Medina, David R. <dmedina@orrick.com> |
| **Sent:** | Friday, June 14, 2024 5:00 PM |
| **To:** | Harding, Alexander; Pearce Jr., T. Vann; EXT-AMayo@ashbygeddes.com; Andrew Russell |
| **Cc:** | Esfahani, Houtan; SKTechnoprobe; Sommers, Mark; Paul, John; Fried, Jennifer; Watwe, Abhay; TECHNOPROBE_Team; Day, John G.; FormFactor-TechnoProbe_OHS; Horn, Kelly |
| **Subject:** | RE: Technoprobe v. FormFactor, C.A. No. 23-842-JCG - FormFactor's Non-Infringement Counterclaims |

 External email

Hi Alex,

FormFactor will not be amending or dismissing its non-infringement counterclaim. We do not agree that the claim is insufficiently pleaded. And while we could debate that point, Technoprobe can (and indeed already has) request information about FormFactor's non-infringement positions in discovery. So, we would encourage Technoprobe to consider whether it would serve any practical purpose to "bother the Court with motion practice" about this issue.

Thanks,
David

**From:** Harding, Alexander <Alexander.Harding@finnegan.com>
**Sent:** Wednesday, June 12, 2024 9:44 AM
**To:** Medina, David R. <dmedina@orrick.com>; Pearce Jr., T. Vann <vpearce@orrick.com>; EXT-AMayo@ashbygeddes.com <AMayo@ashbygeddes.com>; Andrew Russell <arussell@shawkeller.com>
**Cc:** Esfahani, Houtan <Houtan.Esfahani@finnegan.com>; SKTechnoprobe <SKTechnoprobe@shawkeller.com>; Sommers, Mark <mark.sommers@finnegan.com>; Paul, John <john.paul@finnegan.com>; Fried, Jennifer <Jennifer.Fried@finnegan.com>; Watwe, Abhay <Abhay.Watwe@finnegan.com>; TECHNOPROBE_Team <TECHNOPROBE_Team@finnegan.com>; Day, John G. <JDay@ashbygeddes.com>; FormFactor-TechnoProbe_OHS <FormFactor-TechnoProbe_OHS@orrick.com>; Horn, Kelly <Kelly.Horn@finnegan.com>
**Subject:** Technoprobe v. FormFactor, C.A. No. 23-842-JCG - FormFactor's Non-Infringement Counterclaims

**[EXTERNAL]**

Counsel,

Technoprobe has reviewed FormFactor's counterclaim for non-infringement and believes it to be insufficiently pled under Delaware law. We are writing to you today to ask whether FormFactor will voluntarily amend or dismiss its counterclaim of non-infringement rather than bother the Court with motion practice.

A counterclaim for non-infringement must meet the *Twombly/Iqbal* standard. *See Princeton Digital Image Corp. v. Konami Digital Entm't, Inc.*, C.A. No. 12-1461-LPS-CJB, 2017 U.S. Dist. LEXIS 7201, at *14 (D. Del. Jan. 19, 2017). Here, FormFactor's counterclaim for non-infringement is not sufficiently pled under *Twombly/Iqbal* because it contains no facts to support a plausible claim of non-infringement. *Id.* at *13-15 (granting motion to dismiss when the counterclaim

"contain[ed] no facts of any kind, let alone sufficient facts to make out a plausible claim"). FormFactor does not assert *how* it is not infringing or allege any facts that would support such a conclusion, and instead recites the entirety of claim 1 of the '885 patent and states, in conclusory fashion, that it doesn't infringe "any valid, enforceable claim of the '885 patent." Technoprobe is left without any notice whatsoever as to what FormFactor's basis is for its counterclaim.

Please let us know by **June 14, 2024 5:00 PM ET** if FormFactor will be amending or dismissing its counterclaim for non-infringement of the '885 patent**.**

Best,

**Alex Harding**
Associate
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
work +1 202 408 4324 | cell +1 617 955 7661
alexander.harding@finnegan.com | www.finnegan.com

FINNEGAN

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.