**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **TECHNOPROBE S.P.A.,**<br><br>　　Plaintiff,<br><br>v.<br><br>**FORMFACTOR, INC.,**<br><br>　　Defendant. | **Court No. 1:23-cv-00842-JCG** |

## ORDER

Upon consideration of the Parties' Stipulated Order of July 8, 2024 (D.I. 80), and all other papers and proceedings in this action, it is hereby

**ORDERED** that Defendant Formfactor, Inc. shall file on or before July 15, 2024 its Amended Pleadings in lieu of a response to Plaintiff Technoprobe S.p.A.'s Partial Motion to Dismiss Defendant FormFactor, Inc.'s Counterclaims (D.I. 77).

IT IS SO ORDERED this 9th day of July, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s/ Jennifer Choe-Groves
　　　　　　　　　　　　　　　　　　　　　　　　　　　Jennifer Choe-Groves
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge[*]

---

[*] Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.