# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **TECHNOPROBE S.P.A.,**<br><br>    Plaintiff,<br><br>v.<br><br>**FORMFACTOR, INC.,**<br><br>    Defendant. | **Court No. 1:23-cv-00842-JCG** |

## ORDER

Upon consideration of the Parties' Stipulation to Extend Time (D.I. 96), and all other papers and proceedings in this action, it is hereby

**ORDERED** that the Parties' Stipulation to Extend Time (D.I. 96), and it is further

**ORDERED** that the Parties shall file on or before October 3, 2024 any motions to redact the official transcript of the June 14, 2024 video discovery conference (D.I. 90).

IT IS SO ORDERED this 20th day of September, 2024.

                                              /s/ Jennifer Choe-Groves
                                                Jennifer Choe-Groves
                                              U.S. District Court Judge[*]

---

[*] Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.