
Andrew E. Russell
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0704
arussell@shawkeller.com

September 25, 2024

**VIA CM/ECF & HAND DELIVERY**
The Honorable Jennifer Choe-Groves
United States Court of International Trade
One Federal Plaza
New York, NY 10278-0001

     Re:    *Technoprobe S.p.A v. FormFactor, Inc.,* C.A. No. 23-842-JCG

Dear Judge Choe-Groves,

    Technoprobe S.p.A. ("Technoprobe") writes to request the scheduling of a discovery teleconference. Consistent with the Scheduling Order in this case, Technoprobe requested that FormFactor join in this letter, but FormFactor refused, unless Technoprobe additionally included FormFactor's proposed arguments for why it should be excused from its discovery obligations.

    The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer on August 27, 2024 regarding Technoprobe's motions to compel.

| | |
|---|---|
| Delaware Counsel: | Andrew Russell for Technoprobe |
| | Andrew Mayo for FormFactor, Inc. ("FormFactor") |
| | |
| Lead Counsel: | Kelly Horn for Technoprobe |
| | Milan Feliciello for Technoprobe |
| | David Medina for FormFactor |
| | Ryan Lind for FormFactor |
| | Jasmine W. Zhu for FormFactor |

The disputes requiring judicial attention are listed below:

1. Technoprobe's motion to compel FormFactor to produce the mechanical and electrical drawings for the accused products.
2. Technoprobe's motion to compel FormFactor to produce technical documentation of the accused products, including product configuration, specification, and design documents.
3. Technoprobe's motion to compel FormFactor to produce documents relating to FormFactor's SWTest 2023 statements, including documents relating to the current carrying capacity of its probe head products.

Respectfully submitted,

*/s/ Andrew E. Russell*

Andrew E. Russell (No. 5382)

cc: Clerk of Court (by CM/ECF)
     All Counsel of Record (by CM/ECF & Email)