IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TECHNOPROBE S.P.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-842-JCG |
| | ) | |
| FORMFACTOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO PAUSE DISCOVERY AND EXTEND DEADLINES**

WHEREAS, the Court previously entered a Scheduling Order governing this case, D.I. 40;

WHEREAS, the parties are conducting settlement negotiations and wish to focus their efforts on the settlement negotiations;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that:

(1) Technoprobe, S.p.A.'s request that the Court schedule a discovery dispute teleconference, D.I. 98, is withdrawn;

(2) FormFactor, Inc.'s request that the Court schedule a discovery dispute teleconference, D.I. 99, is withdrawn;

(3) No further litigation activity will occur in this action before October 31, 2024; and

(4) The deadlines set forth in the Scheduling Order, D.I. 37, are amended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Joint Claim Construction Chart | September 27, 2024 | October 31, 2024 |
| Motion to Redact the June 14, 2024 Discovery Conference Transcript (D.I. 90) | October 3, 2024 | October 31, 2024 |
| Opening Claim Construction Brief | October 18, 2024 | November 8, 2024 |
| Answering Claim Construction Brief | November 1, 2024 | November 22, 2024 |
| Reply Claim Construction Brief | November 15, 2024 | December 6, 2024 |
| Sur-Reply Claim Construction Brief | December 6, 2024 | December 13, 2024 |
| Joint Claim Construction Brief due | December 10, 2024 | December 17, 2024 |

*/s/ Andrew E. Russell*
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
*Attorney for Plaintiff Technoprobe S.p.A.*

Dated: September 27, 2024

*/s/ Andrew C. Mayo*
John G. Day (No. 2403)
Andrew C. Mayo (No. 5207)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com
*Attorneys for Defendant FormFactor, Inc.*

SO ORDERED this _____ day of _____ 2024.

_____
The Honorable Jennifer Choe-Groves