## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**TECHNOPROBE S.P.A.,**

     **Plaintiff,**

v.

**FORMFACTOR, INC.,**

     **Defendant.**

**Court No. 1:23-cv-00842-JCG**

### AMENDED SCHEDULING ORDER

Upon consideration of the Parties' Stipulation to Pause Discovery and Extend Deadlines (D.I. 101), and all papers and proceedings in this action, it is hereby

**ORDERED** that Plaintiff Technoprobe, S.p.A.'s discovery conference request (D.I. 98) is deemed withdrawn; and it is further

**ORDERED** that Defendant FormFactor, Inc.'s discovery conference request (D.I. 99) is deemed withdrawn; and it is further

**ORDERED** that this case shall proceed according to the following schedule:

1.     The Parties shall meet and confer to prepare a Joint Claim Construction Chart to be filed on or before October 31, 2024. The Parties' Joint Claim Construction Chart should identify for the Court the term(s)/phrase(s) of the claim(s) in issue and should include each Party's proposed construction of the disputed claim language with citation(s) only to the intrinsic evidence in support of their respective proposed constructions. A copy of the patent in issue as well as those portions of the intrinsic record relied upon shall be submitted with this Joint

Claim Construction Chart.  In this joint submission, the Parties shall not provide

argument;

2.    The Parties shall file any motions to redact the transcript of the June 14, 2024

discovery conference on or before October 31, 2024;

3.    Plaintiff shall serve, but not file, its opening brief, not to exceed 5,000 words, on

November 8, 2024.  Defendant shall serve, but not file, its answering brief not to

exceed 7,500 words, on November 22, 2024.  Plaintiff shall serve, but not file, its

reply brief, not to exceed 5,000 words, on December 6, 2024.  Defendant shall

serve, but not file its sur-reply brief, not to exceed 2,500 words, on December 13,

2024.  No later than December 17, 2024, the Parties shall file a Joint Claim

Construction Brief.  The Parties shall copy and paste their untiled briefs into one

brief, with their positions on each claim term in sequential order, in substantially

the form below.

While the Court will consider timely extension requests based on a showing of good

cause, the Parties should seek to limit the need for extensions to short periods to address

unexpected conflicts.  The Court notes that the dates in this order were proposed by the Parties

and the Court expects that the Parties will be able to meet these deadlines.

IT IS SO ORDERED this 30th day of September, 2024.


_   /s/ Jennifer Choe-Groves   _
Jennifer Choe-Groves
U.S. District Court Judge[*]

---

[*]Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by
designation.