IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TECHNOPROBE S.P.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-842-JCG |
| | ) | |
| FORMFACTOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## <u>STIPULATION TO STAY</u>

WHEREAS, the Court previously entered a Scheduling Order governing this case, D.I. 40, and amended that scheduling order, D.I. 102;

WHEREAS, the parties are conducting settlement negotiations and wish to focus their efforts on the settlement negotiations;

WHEREAS, the parties anticipate that they will be able to complete that process within six months;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that:

1.   All deadlines in the case are STAYED;

2.   If the parties have not filed a stipulation dismissing the action by April 30, 2025:

    a.   The stay shall be lifted as of April 30, 2025; and

    b.   The parties shall meet-and-confer and submit a joint proposed scheduling order by May 14, 2025.

*/s/ Andrew E. Russell*
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
*Attorney for Plaintiff Technoprobe S.p.A.*

Dated: October 23, 2024

*/s/ Andrew C. Mayo*
John G. Day (No. 2403)
Andrew C. Mayo (No. 5207)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com
*Attorneys for Defendant FormFactor, Inc.*

SO ORDERED this _____ day of _____ 2024.

_____
United States District Judge