IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TECHNOPROBE S.P.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-842-JCG |
| | ) | |
| FORMFACTOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### STATUS REPORT

Pursuant to the Court's October 24, 2024 Order (D.I. 105) staying this litigation, the parties respectfully submit this status report on their settlement efforts to date. The parties further agree, subject to the approval of the Court, that they will file an additional joint status report in one month to report on their progress.

**Technoprobe's Position:** On November 27, 2024, FormFactor presented via email to Technoprobe a proposed written settlement and cross-license agreement. Technoprobe is in the process of considering and evaluating FormFactor's proposal but, given the scope of FormFactor's proposal and the intervening holidays, Technoprobe has not yet provided its response. Technoprobe disagrees with FormFactor's characterization below of the parties' discussions leading to their October 23, 2024 joint stipulation (D.I. 104) to stay the litigation. Technoprobe is nonetheless working expeditiously to respond to FormFactor's proposal and aims to do so prior to the parties' requested follow-up joint status report deadline.

**FormFactor's Position:** On November 27, 2024, FormFactor sent Technoprobe a draft settlement and cross-license agreement based on the points agreed to at the face-to-face meeting between the parties' CEOs in September 2024 as well as subsequent email correspondence,

which the parties confirmed would be the basis for a definitive written agreement and which led to the parties' October 23, 2024 joint stipulation to stay the litigation. Despite email requests from FormFactor over recent weeks, Technoprobe has yet to provide any response to the November 27 draft agreement, nor has Technoprobe provided a date by which it will respond. In fact, FormFactor has had no substantive communication from Technoprobe or its counsel since the Court entered its October 24 Order staying the litigation.

| | |
|---|---|
| /s/ Andrew E. Russell | /s/ Andrew G. Mayo |
| Andrew E. Russell (No. 5382) | John G. Day (No. 2403) |
| SHAW KELLER LLP | Andrew C. Mayo (No. 5207) |
| I.M. Pei Building | ASHBY & GEDDES |
| 1105 North Market Street, 12th Floor | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| (302) 298-0700 | Wilmington, DE 19899 |
| arussell@shawkeller.com | (302) 654-1888 |
| *Attorney for Plaintiff Technoprobe S.p.A.* | jday@ashbygeddes.com |
| | amayo@ashbygeddes.com |
| Dated: January 24, 2025 | *Attorneys for Defendant FormFactor, Inc.* |

2