

Andrew E. Russell
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0704
arussell@shawkeller.com

May 14, 2025

**VIA CM/ECF**
The Honorable Jennifer Choe-Groves
Clerk of Court
United States Court of International Trade,
One Federal Plaza
New York, NY 10278-0001

    Re:   *Technoprobe S.p.A. v. FormFactor, Inc.*, C.A. No. 23-842-JCG

Dear Judge Choe-Groves:

    Previously, the parties reported to the Court that "the parties have made significant progress with the terms of the draft Settlement Agreement and anticipate an executed agreement will be in place by May 14, 2025." (D.I. 36 in Case No. 24-650-JCG). The parties are continuing to engage in productive settlement discussions. However, they have not yet executed a settlement agreement. Accordingly, the parties jointly submit the attached scheduling proposal as ordered by the Court.

    Respectfully submitted,

    */s/ Andrew E. Russell*

    Andrew E. Russell (No. 5382)

cc:   Clerk of Court (by CM/ECF)
       All Counsel of Record (by CM/ECF & Email)