

Andrew E. Russell
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0704
arussell@shawkeller.com

May 14, 2025

**VIA CM/ECF**
The Honorable Jennifer Choe-Groves
United States Court of International Trade
One Federal Plaza
New York, NY 10278-0001

    Re:    *Technoprobe S.p.A v. FormFactor, Inc.,* C.A. No. 23-842-JCG

Dear Judge Choe-Groves,

Technoprobe S.p.A. ("Technoprobe") writes to renew its September 25, 2024 request, submitted prior to the stay of this action (D.I. 98), which was lifted on April 20, 2025 (D.I. 105), that the Court schedule a discovery teleconference. As set forth in Technoprobe's earlier letter, consistent with the prior Scheduling Order in this case, Technoprobe previously requested that FormFactor join in this letter, but FormFactor refused, unless Technoprobe additionally included FormFactor's proposed arguments for why it should be excused from its discovery obligations. FormFactor's counsel confirmed on a meet-and-confer on May 14, 2025 that its position remains unchanged with respect to the discovery dispute raised by Technoprobe before the case was stayed.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer on August 27, 2024 regarding Technoprobe's motions to compel.

Delaware Counsel:    Andrew Russell for Technoprobe
                               Andrew Mayo for FormFactor, Inc. ("FormFactor")

Lead Counsel:        Kelly Horn for Technoprobe
                               Milan Feliciello for Technoprobe
                               David Medina for FormFactor
                               Ryan Lind for FormFactor
                               Jasmine W. Zhu for FormFactor

The disputes requiring judicial attention are listed below:

1. Technoprobe's motion to compel FormFactor to produce the mechanical and electrical drawings for the accused products.
2. Technoprobe's motion to compel FormFactor to produce technical documentation of the accused products, including product configuration, specification, and design documents.
3. Technoprobe's motion to compel FormFactor to produce documents relating to FormFactor's SWTest 2023 statements, including documents relating to the current carrying capacity of its probe head products.

SHAW KELLER LLP
The Honorable Jennifer Choe-Groves
Page 2

                                          Respectfully submitted,

                                          */s/ Andrew E. Russell*

                                          Andrew E. Russell (No. 5382)

cc:    Clerk of Court (by CM/ECF)
        All Counsel of Record (by CM/ECF & Email)