**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **TECHNOPROBE S.P.A.,**<br><br>       Plaintiff,<br><br>v.<br><br>**FORMFACTOR, INC.,**<br><br>       Defendant. | **Court No. 1:23-cv-00842-JCG** |

**ORDER**

Upon consideration of the Parties' representations during the May 27, 2025 oral argument (D.I 109), and all other papers and proceedings in this action, it is hereby

**ORDERED** that all deadlines in this case are stayed until June 3, 2025; and it is further

**ORDERED** that the Parties shall file with the Court a status report on the status of their settlement efforts on or before June 3, 2025.

IT IS SO ORDERED this 27th day of May, 2025.

 /s/ Jennifer Choe-Groves  
Jennifer Choe-Groves  
U.S. District Court Judge[*]

---

[*]Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.